Argued February 5—decided February 5, 1974

JAMES O. MARSHALL *v.* WILLIAM CLARK ET AL.

The "Plea in Abatement" by the defendant Gail Marshall in the appeal from the Superior Court in New Haven County is denied.

*Benjamin M. Chapnick* and *Edward S. Snyder,* in support of the motion.

Submitted December 5, 1973—decided February 5, 1974